**Opinion issued May 9, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

NO. 01-13-00187-CR
NO. 01-13-00188-CR

———————————

**CHAD ERIC ETHRIDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1339454, 1370043**

---

## MEMORANDUM OPINION

Appellant, Chad Eric Ethridge, pleaded guilty to the felony offense of possession of a controlled substance in trial court cause number 1339454[1] and the

---

[1]     *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (c) (West 2010).

felony offense of assault in trial court cause number 1370043.[2] The trial court found appellant guilty of each charge, and, in accordance with the terms of appellant's plea agreements with the State, sentenced appellant to confinement for five years. Appellant has filed *pro se* notices of appeal. We dismiss the appeals.

In a plea-bargained case, a defendant may only appeal those matters that were raised by written motion filed and ruled on before trial or after obtaining the trial court's permission to appeal. TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006); TEX. R. APP. P. 25.2(a)(2). An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. TEX. R. APP. P. 25.2(d).

Here, the trial court's certifications are included in the records on appeal. *See id*. The trial court's certifications state that these are plea-bargained cases and the defendant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Because appellant has no right of appeal, we must dismiss these appeals. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals, while having jurisdiction to ascertain whether an appellant who plea-bargained is permitted to appeal by Rule 25.2(a)(2), must

---

[2] *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b-1) (West 2011).

dismiss a prohibited appeal without further action, regardless of the basis for the appeal.").

Accordingly, we dismiss these appeals for want of jurisdiction. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).